EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Ramón R. Pizzini Arnott | 2018 TSPR 117 200 DPR ____ |

Número del Caso: TS-10,770

Fecha:   28 de junio de 2018

Abogado del peticionario:

Lcdo. José A. Miranda Daleccio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Ramón R. Pizzini Arnott

TS-10,770

**RESOLUCIÓN**

San Juan, Puerto Rico, a 28 de junio de 2018.

Examinado el expediente, así como la *Moción en Cumplimiento y Solicitud de Reinstalación,* se provee ha lugar. Se **reinstala** al Lcdo. Ramón R. Pizzini Arnott al ejercicio de la abogacía.

**Publíquese**.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo